UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 26-3369-GW-SKx | Date | May 12, 2026 |
|---|---|---|---|
| Title | *German Perez v. Safari Room, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 12, 2026, Plaintiff German Perez filed a Notice of Settlement [11]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for June 11, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on June 10, 2026.

|  |  | : |
|---|---|---|
| Initials of Preparer | JG | |